UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>IKEA GARTRELL,<br><br>Defendant. | Case No. 25-CR-00084 (RBW) |

## STATEMENT OF OFFENSE IN SUPPORT OF GUILTY PLEA

**I.   Summary of the Plea**

Defendant Ikea Gartrell agrees to admit guilt without a plea agreement and enter a plea of guilty to the Indictment in this case charging her in Count One with Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year, in violation of 18 U.S.C. § 922(g)(1).

**II.  Penalties**

The penalties for Count One, Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year, in violation of 18 U.S.C. § 922(g)(1), are:

(A)   a term of imprisonment not more than 15 years;

(B)   a fine not to exceed $250,000;

(C)   a term of supervised release of not more than three years; and

(D)   a special assessment of $100.

### III. Elements of the Offense

To prove that the defendant is guilty of Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year, in violation of 18 U.S.C. § 922(g)(1), the government must prove the following beyond a reasonable doubt:

1. That the defendant possessed a firearm;
2. That she did so voluntarily and on purpose, and not by mistake or accident, with knowledge that the item he possessed was a firearm;
3. That the firearm had been shipped or transported from one state to another (the District of Columbia is considered a state for this purpose);
4. At the time the defendant possessed the firearm, she had been convicted of a crime punishable by imprisonment of term exceeding one year and had knowledge of that fact.

### IV. Statement of Offense that Ms. Gartrell will Acknowledge

On March 1, 2025, at approximately 4:49 p.m., Metropolitan Police Department ("MPD") Sergeant Andre Nettles conducted a traffic stop of a vehicle that was being driven by Ikea Gartrell. During this stop, after Ms. Gartrell was asked to exit the vehicle, Sergeant Nettles asked Ms. Gartrell if she had anything on her he should know about, including firearms. Ms. Gartrell replied in the affirmative. As Sergeant Nettles began to handcuff Ms. Gartrell, Sergeant Nettles again asked Ms. Gartrell where the firearm was located. Ms. Gartrell replied that the firearm was on her. Sergeant Nettles began to pat Ms. Gartrell down and located the firearm in the front left interior pocket of Ms. Gartrell's jacket. The recovered firearm was a black Smith and Wesson .380 auto with serial number KBH9353.

Defendant Gartrell knowingly and voluntarily possessed the firearm recovered by officers on March 1, 2025. Additionally, there are no firearm or ammunition manufacturers in the District of Columbia. Therefore, the firearm and ammunition described above necessarily traveled in interstate commerce before they were recovered in the District of Columbia.

Defendant Gartrell has prior criminal felony convictions for crimes that are punishable by terms of incarceration greater than one year. Specifically, defendant Gartrell knew she had felony convictions from the Circuit Court of Prince George's County, Maryland: (1) case number CT121225A; (2) case number CT130608C, and (3) case number CT101096X.

_Oct. 2, 2025_
Date

_IKEA GARTRELL_
Ikea Gartrell

_Oct 2, 2025_
Date

_[signature]_
Elita C. Amato, Esq.
Counsel to Ikea Gartrell

_Oct. 2, 2025_
Date

_[signature]_
Benjamin Helfand, Esq.
Assistant United States Attorney
United States Attorney's Office